IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, a minor, suing by his next friend and guardian, DIANA TREVINO, and DIANA TREVINO, individually, <br><br> Plaintiffs, <br> v. <br><br> BLITZ USA, INC.; LAM HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC, <br><br> Defendants. | No. 1:10-cv-115 <br> JUDGE HAYNES |

## ORDER

Upon notice that Defendants, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LLC (collectively, the "Debtors") commenced bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware, Plaintiffs' claims against these defendants are **TRANSFERRED** to the United States Bankruptcy Court for the District of Delaware where the action is pending.

It is so **ORDERED**.

ENTERED this the 29th day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge